JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PREMIUM FINANCING SPECIALISTS OF CALIFORNIA, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. SA CV-091427 DOC (RNBx)<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii)]<br><br>Ctrm:　9D<br>Judge:　Hon. David O. Carter |

## ORDER

Having read and considered the Stipulation for Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) filed by and between counsel for Plaintiff Lexington Insurance Company and Defendant Premium Financing Specialists of California, Inc., and finding good cause therefore, the Court orders that the above-entitled action is dismissed with prejudice. Each of the parties will bear its own fees and costs incurred with respect to this action.

DATED: July 29, 2010 ___/s/ David O. Carter___
Hon. David O. Carter
Judge, United States District Court